IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AVON DAVIES,<br><br>     Plaintiff,<br><br>  v.<br><br>R. HUGHES, et al.,<br><br>     Defendants. | C 06-04844 JW<br><br>[PROPOSED] ORDER GRANTING DEFENDANT'S EX PARTE REQUEST FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTION |

  Defendant has filed a request for a 46-day extension of time up to and including December 10, 2007, to file his summary-judgment motion or other dispositive motion. The Court has read and considered Defendant's request and good cause appearing,

  IT IS HEREBY ORDERED that Defendant's request for an extension of time up to and including December 10, 2007, to file his summary-judgment motion or other dispositive motion is GRANTED. Plaintiff's opposition to the summary judgment or other dispositive motion must be filed with the court and served upon Defendant no later than thirty days from the date Defendant's motion is filed. Defendant shall file a reply brief no later than fifteen days after Plaintiff's opposition is filed.

Dated:  November 6, 2007           _/s/ James Ware_
                             JAMES WARE
                             United States District Judge

[Proposed] Order Granting Def.'s Req. Ex. of Time        *A. Davies v. R. Hughes, et al.*
                                           Case No. C 06-04844 JW

1